UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
FRANCES J GUERRA

CASE NO. 05-46049-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 489.82 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

FRANCES J GUERRA  
14336 SW 50 STREET  
MIAMI, FL 33175

MICHAEL J BROOKS, ESQUIRE  
UNION PLANTERS BANK BLDG  
10 NW LE JEUNE RD, SUITE 620  
MIAMI, FL 33126-5431

WORLDWIDE ASSET PURCHASING LLC  
ASSIGNEE TO BK OF AMERICA, NA  
PO BOX 672047  
MARIETTA, GA 30006

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.  05-46049-BKC-AJC
FRANCES J GUERRA

CHAPTER 13

FRANCES J GUERRA

14336 SW 50 STREET
MIAMI, FL 33175


MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

WORLDWIDE ASSET PURCHASING LLC--------$      489.82
ASSIGNEE TO BK OF AMERICA, NA
PO BOX 672047
MARIETTA, GA 30006

                                        UNDELIVERABLE/STALE
U.S. Trustee                            CLAIM REGISTER#  4
51 S.W. 1st Avenue
Miami, Florida 33130